

ZAM/DAL: 2018R00779



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

MICHAEL NANA BAAKO,

Defendant.

\*
\*
\*   CRIMINAL NO. DKC-19-0224
\*
\*   (Passport Fraud, 18 U.S.C. § 1542 (First
\*   Paragraph); False Claim to United States
\*   Citizenship, 18 U.S.C. § 911; Illegal Voting
\*   by an Alien, 18 U.S.C. § 611)
\*
\*

\*\*\*\*\*\*

## INDICTMENT

### COUNTS ONE THROUGH FOUR
(Passport Fraud)

The Grand Jury for the District of Maryland charges that:

At all times relevant to this Indictment:

### Introduction

1.      **MICHAEL NANA BAAKO (BAAKO)**, the defendant herein, was an alien born on or about XX/XX/1969, in Ghana. **BAAKO** was not a citizen of the United States. **BAAKO** was a physician who practiced medicine in Maryland hospitals. **BAAKO** also maintained his own clinic under the name Biazo Healthcare.

2.      R.A.A.was an alien born on or about December 1967, in Ghana. R.A.A. was not a citizen of the United States.

3.      Beginning no later than in or about 2001, **BAAKO** and R.A.A. resided together in Howard County, Maryland, and were the parents of two minor, United States citizen children.

## BAAKO Enters Into the United States and is Licensed as a Foreign Medical Graduate

4. On or about December 5, 1995, **BAAKO** and R.A.A. applied for nonimmigrant B1/B2 visas to allow them to visit the United States. **BAAKO's** application listed his date of birth as XX/XX/1969, and his place of birth as Ghana. **BAAKO's** visa was issued to him at the United States Embassy in Accra, Ghana for use with his Ghanaian passport.

5. On two occasions in or about 1996, **BAAKO** used his Ghanaian passport to enter the United States.

6. Beginning in or about 1996, **BAAKO** applied for certification of his Ghanian medical education in the United States through the Educational Commission for Foreign Medical Graduates. In conjunction with his application, **BAAKO** supplied a number of forms, photographs, and supporting materials, stating that he was born on XX/XX/1969, in Ghana, and graduated from medical school in Ghana.

7. On or about March 13, 2001, the Maryland Department of Health and Mental Hygiene granted **BAAKO** a license to practice medicine in Maryland.

## The Petition for BAAKO to be Granted U.S. Citizenship is Denied

8. On or about March 11, 1998, **BAAKO** and "D.R.T." were legally married in Virginia.

9. On or about March 31, 1998, "D.R.T." filed a petition for **BAAKO** to be naturalized and become a United States citizen. The petition listed **BAAKO's** date of birth as XX/XX/1969 and his place of birth as Ghana.

10. On or about October 28, 1999, **BAAKO** made a sworn statement to immigration officials stating in part that he was born in Ghana and was not a United States citizen.

2

11.    On or about June 20, 2000, immigration officials denied **BAAKO's** petition to become a naturalized U.S. citizen, after concluding that **BAAKO's** marriage to "D.R.T." was a "sham" marriage entered into for the sole purpose of obtaining immigration benefits.

## BAAKO Petitions for a Passport for his Child and a Visa as an Alien from Ghana

12.    On or about April 2, 2002, at a Columbia, Maryland, U.S. Post Office, **BAAKO** and R.A.A. submitted a DS-11 application for a United States passport on behalf of "Minor Child 1." On the form, **BAAKO** listed his place of birth as Ghana and checked the box for "NO" in response to a question on the form asking whether he was a United States citizen.

13.    On or about March 31, 2004, **BAAKO** and R.A.A. submitted United States "Diversity Visa" applications as Ghanaian nationals, including photographs and birthdates.

14.    On or about July 14, 2005, **BAAKO** and R.A.A. failed to appear for an interview with U.S. officials in Ghana, in conjunction with their United States "Diversity Visa" applications.

## BAAKO Falsely Claims U.S. Citizenship to Register and Vote in Ten Federal Elections

15.    On or about November 29, 2005, **BAAKO** registered to vote in the State of Maryland at the Maryland Motor Vehicle Administration. In his voter registration application, **BAAKO** swore and affirmed under penalty of perjury that he was a United States citizen.

16.    Beginning on or about November 7, 2006, and continuing through on or about November 6, 2018, **BAAKO** voted in approximately ten elections held solely or in part for the purpose of electing candidates to the office of President, Vice President, Presidential Elector, Member of the Senate, and Member of the House of Representatives. Specifically, on or about the dates listed below, **BAAKO** voted in the following elections:

| DATE | ELECTION | FEDERAL OFFICES |
|------|----------|-----------------|
| 11/7/2006 | 2006 General Election | Senate, House |
| 2/12/2008 | 2008 Primary Election | President, House |
| 11/4/2008 | 2008 General Election | President, Vice President, House |
| 9/14/2010 | 2010 Primary Election | Senate, House |
| 11/2/2010 | 2010 General Election | Senate, House |
| 4/3/2012 | 2012 Primary Election | President, Senate, House |
| 11/6/2012 | 2012 General Election | President, Vice President, Senate, House |
| 11/4/2014 | 2014 General Election | House |
| 11/8/2016 | 2016 General Election | President, Vice President, Senate, House |
| 11/6/2018 | 2018 General Election | Senate, House |

### BAAKO Falsely Claims U.S. Birth and Citizenship to Obtain U.S. Passports

17.     On or about April 17, 2007, at a U.S. Post Office in Fulton, Maryland, **BAAKO** and R.A.A. submitted a DS-11 passport application on behalf of "Minor Child 1." In this application, **BAAKO** falsely stated under penalty of perjury that he was a citizen of the United States, and that he was born in Hillsborough, North Carolina on XX/XX/1969. On the form, **BAAKO** checked the box for "YES" in response to a question on the form asking whether he was a United States citizen.

18.     On or about April 22, 2008, at a U.S. Post Office in Columbia, Maryland, **BAAKO** submitted a DS-11 application seeking a United States passport for himself. In this application, **BAAKO** falsely stated under penalty of perjury that he was a citizen or non-citizen national of the United States, and that he was born in North Carolina on XX/XX/1969. **BAAKO** also falsely stated in the application that his parents were both born in North Carolina. **BAAKO** also falsely stated that R.A.A. was born in South Carolina.

19.     In support of his April 22, 2008, passport application **BAAKO** provided an affidavit from "B.Y.R.," sworn under penalty of perjury, falsely stating that **BAAKO** was born in Hillsborough, North Carolina. The affidavit falsely stated that B.Y.R. was friends with **BAAKO's** parents in North Carolina and they were one of the first people to see **BAAKO** after his birth and

4

that they were present at a subsequent naming and baptism ceremony for **BAAKO** at a Hillsborough, North Carolina church.

20.    On or about April 29, 2008, **BAAKO** was issued a United States passport including the false information that **BAAKO** was a citizen of the United States born in North Carolina. **BAAKO** used his fraudulently obtained United States passport for international travel on several occasions.

21.    On or about September 16, 2009, at a U.S. Post Office in Fulton, Maryland, **BAAKO** and R.A.A. submitted a DS-11 passport application on behalf of "Minor Child 2." In this application, **BAAKO** falsely stated under penalty of perjury that he was a citizen of the United States, and that he was born in Hillsborough, North Carolina on XX/XX/1969. On the form, **BAAKO** checked the box for "YES" in response to a question on the form asking whether he was a United States citizen.

22.    On or about April 22, 2010, in Fulton, Maryland, **BAAKO** was interviewed by officials from the Department of State. During the interview, **BAAKO** falsely stated that he was a United States citizen born in North Carolina.

23.    On or about July 31, 2012, in Fulton, Maryland, **BAAKO** and R.A.A. submitted a DS-11 application for a United States Passport renewal on behalf of "Minor Child 1." In this application, **BAAKO** falsely stated under penalty of perjury that he was a citizen of the United States, and that he was born in Hillsborough, North Carolina on XX/XX/1969. On the form, **BAAKO** checked the box for "YES" in response to a question on the form asking whether he was a United States citizen.

24.    On or about February 20, 2018, in Fulton, Maryland, **BAAKO** submitted a DS-82 application for a passport renewal for the United States passport previously issued to him. In this application, **BAAKO** falsely stated under penalty of perjury that he was a citizen or non-citizen

5

national of the United States, and that he was born in North Carolina on XX/XX/1969.

25.    On or about June 12, 2018, in Washington, District of Columbia, **BAAKO** falsely stated to Department of State officials that he was born at home in Hillsborough, North Carolina and moved to Ghana when he was approximately one year old. **BAAKO** also falsely stated that he never applied for any immigration benefit with United States immigration authorities and that he never submitted any documents in an attempt to become a naturalized United States citizen.

## The Charges

26.    On or about the dates listed below, each date being a separate count, in the District of Maryland, and elsewhere, the defendant,

### MICHAEL NANA BAAKO,

willfully and knowingly made a false statement in an application for passport with intent to induce and secure for his own use and for the use of another the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws: to wit, **BAAKO** willfully, knowingly, and falsely stated that he was a United States citizen born in North Carolina in each document or interview with United States officials listed below:

| COUNT | DATE | DOCUMENT/INTERVIEW |
|-------|------|--------------------|
| ONE | 9/16/2009 | DS-11 passport application on behalf of "Minor Child 2" |
| TWO | 4/22/2010 | Interview with Department of State Officials |
| THREE | 7/31/2012 | DS-11 application for a United States Passport renewal on behalf of "Minor Child 1" |
| FOUR | 2/20/2018 | DS-82 application for passport renewal |

18 U.S.C. § 1542 (first paragraph)

## COUNT FIVE
(False Claim to U.S. Citizenship)

1.      The allegations contained in paragraphs 1 through 25 of Counts One through Four are herein incorporated by reference.

2.      On or about February 20, 2018, in the District of Maryland, the defendant,

### MICHAEL NANA BAAKO,

falsely and willfully represented himself, an alien in the United States, to be a citizen of the United States, to wit: **BAAKO**, at a Fulton, Maryland, U.S. Post Office, executed a Department of State Form DS-82, Application for a United States Passport by Mail, falsely stating that he was a United States citizen born in North Carolina.

18 U.S.C. § 911

7

## COUNTS SIX THROUGH EIGHT
(Illegal Voting by an Alien)

1.     The allegations contained in paragraphs 1 through 25 of Counts One through Four are herein incorporated by reference.

2.     On or about the dates listed below, each date being a separate count, in the District of Maryland, the defendant,

### MICHAEL NANA BAAKO,

being an Alien and not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, and Member of the House or Representatives: to wit, **BAAKO** voted in each of the elections set forth below:

| COUNT | DATE | ELECTION | FEDERAL OFFICES |
|-------|------|----------|-----------------|
| SIX | 11/4/2014 | 2014 General Election | House |
| SEVEN | 11/8/2016 | 2016 General Election | President, Vice President, Senate, House |
| EIGHT | 11/6/2018 | 2018 General Election | Senate, House |

18 U.S.C. § 611

Robert K. Hur
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date May 1, 2019

8